IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC STUBS,

                        Plaintiff,                          JUDGMENT IN A CIVIL CASE

        v.
                                                            Case No. 15-cv-442-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                        Defendant.

---

        This action came for consideration before the court with District Judge
William M. Conley presiding. The issues have been considered and a decision has been
rendered.

---

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Nancy A. Berryhill, Acting Commissioner of Social Security, affirming the

decision of Nancy Berryhill denying plaintiff Eric Stubs' application for disability

benefits.


    s/ V. Olmo, Deputy Clerk                            5/16/2017
Peter Oppeneer, Clerk of Court                          Date